# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-1

**Case No.:** 8:22-bk-04008-CPM

**Case Name:** CREATIONS TOWING & RECOVERY, LLC

**For Period Ending:** 09/30/2023

**Trustee Name:** (290680) CAROLYN R. CHANEY

**Date Filed (f) or Converted (c):** 10/03/2022 (f)

**§ 341(a) Meeting Date:** 11/03/2022

**Claims Bar Date:** 03/03/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account: Truist | 0.00 | 0.00 | | 0.00 | FA |
| 2 | 1987 Lincoln Mark 3 1LNBM92E9JY620645 $400.00 HONDA 1HGCM72325A015863 $250.00 2003 SANTA FE RV 4YDT2502235904233 $300.00 2006 TRAILER C BOX 5E2B1081361028095 $750.00 2007 JEEP LIBERTY 1J4GL48KX7W578031 $800.00 2003 KAWASAKI JKAZX4K103A002789 $1250.00 2013 FORD EDGE 2FMDK3KCXDBA76913 $1500.00 2006 CHRY UT2A4GF48416R673934 $800.00 2021 TRIPLE CROWN 1XNBU1019M1113450 $1500.00 2012 CHEVY CAMERO 2G1FB1 E32C9120849 $1500.00 2000 MERZ 4JGAB54EXYA208034 $700.00 2002 TOYOTA CAMRY 4T1BG22K21U781088 $400.00 1996 FORD RANGER 1FTYR10C7XPA22796 $400.00 RED KYMCO SCOTTER LC2U6A035CC001449 $175.00 SILVER SCOTTER L37LMBV017040003 $100.00 2001 Toyota Camry 4T1BE32K82U589526 $300.00 | 11,125.00 | 11,125.00 | | 7,575.00 | FA |
| 3 | Possible fraudulent transfer (u) | 0.00 | 0.00 | | 0.00 | 100.00 |
| 3 | **Assets Totals (Excluding unknown values)** | **$11,125.00** | **$11,125.00** | | **$7,575.00** | **$100.00** |

**Major Activities Affecting Case Closing:**

10/13/23 - email to atty for case update.  10/24/23 - followup email to atty.
02/14/23 - filed application to pay auctioneer. Approved.  06/06/23 - email to atty for adtl info.
12/20/22 - application to employ auctioneer; report and notice of intent to sell property at auction on 01/21/23.
12/14/22 - filed motion to approve compromise w/Eveland's Towing; expedited hrg on 12/19/22.  Compromise approved.
11/09/22 - cnsl filed emer. mo for injunctive relief to stop lien sale of vehicles. Granted.
Injunction granted until 14 days after vehicles delivered to Bay Area Auction.
11/04/22 - application to employ Alan Borden as spec. cnsl. Approved 11/09/22.
11/03/22 - conducted 341 meeting; meeting continued for additional information.

**Initial Projected Date Of Final Report (TFR):** 06/30/2023

**Current Projected Date Of Final Report (TFR):** 12/31/2023

10/31/2023
Date

/s/CAROLYN R. CHANEY
CAROLYN R. CHANEY

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 8:22-bk-04008-CPM | Trustee Name: | CAROLYN R. CHANEY (290680) |
|---|---|---|---|
| Case Name: | CREATIONS TOWING & RECOVERY, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6625 | Account #: | ******1044 Checking |
| For Period Ending: | 09/30/2023 | Blanket Bond (per case limit): | $42,225,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/17/23 | {2} | Eveland's Towing & Recovery | Settlement proceeds per Order Approving Compromise, Doc. No. 44. | 1129-000 | 2,825.00 | | 2,825.00 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,820.00 |
| 02/13/23 | {2} | Bay Area Auction Services, Inc. | Proceeds from sale at auction per Report and Notice of Sale, Doc. No. 48. | 1129-000 | 4,750.00 | | 7,570.00 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.02 | 7,561.98 |
| 03/07/23 | 101 | BAY AREA AUCTION SERVICES, INC. | Order Approving Application for Auctioneer Fees, Doc. No. 57. | 3610-000 | | 237.00 | 7,324.98 |
| 03/07/23 | 102 | BAY AREA AUCTION SERVICES, INC. | Order Approving Application for Auctioneer Expenses, Doc. No. 57. | 3992-000 | | 1,294.38 | 6,030.60 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.70 | 6,018.90 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.00 | 6,009.90 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.59 | 5,999.31 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.61 | 5,989.70 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.95 | 5,980.75 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.54 | 5,970.21 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.24 | 5,960.97 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | **COLUMN TOTALS** | | | 7,575.00 | 1,614.03 | $5,960.97 |
| | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | **Subtotal** | | | 7,575.00 | 1,614.03 | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | **NET Receipts / Disbursements** | | | **$7,575.00** | **$1,614.03** | |

{ } Asset Reference(s)                                                                                      ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | | | |
|---|---|---|---|
| **Case No.:** | 8:22-bk-04008-CPM | **Trustee Name:** | CAROLYN R. CHANEY (290680) |
| **Case Name:** | CREATIONS TOWING & RECOVERY, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6625 | **Account #:** | ******1044 Checking |
| **For Period Ending:** | 09/30/2023 | **Blanket Bond (per case limit):** | $42,225,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $7,575.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $7,575.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1044 Checking | $7,575.00 | $1,614.03 | $5,960.97 |
| | **$7,575.00** | **$1,614.03** | **$5,960.97** |